```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                         Minute of Proceeding
```

OFFICE: TRENTON

JUDGE PETER G. SHERIDAN                    Date:  May 14, 2015

Court Reporter Frank Gable

TITLE OF CASE:                             CIVIL 15- 3268(PGS)

Consumer Financial Protection
Bureau
     vs.
Cellco Partnership

APPEARANCES:
Genessa Stout, Esq. for Plaintiff

Gavin J. Rooney, Esq. for Defendant

NATURE OF PROCEEDINGS:
Telephone conference held.

Stipulated Final Judgement and Order.

Order to be filed.


TIME COMMENCED: 12:00 AM
TIME ADJOURNED: 12:15 PM                        s/Dolores J. Hicks
TOTAL TIME:       0:15                              Deputy Clerk